JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LUJAN, | Case No. EDCV 07-1565-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1

1    IT IS ADJUDGED that Judgment be entered affirming the decision of the
2 Commissioner of Social Security, and dismissing this action with prejudice.

5 DATED:    March 17, 2009

HONORABLE OSWALD PARADA
United States Magistrate Judge